# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JERRY M. SNEAD,             )

                    Plaintiff,    )

    vs.                  )

STATE OF NEVADA,        )

                 Defendant.   )

_____)

Case No.: 2:11-cv-00945-GMN-CWH

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Carl W. Hoffman, Jr., United States Magistrate Judge, entered January 6, 2012. No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendations should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that Magistrate Judge Hoffman's Recommendation is hereby **ACCEPTED**, and Plaintiff's Complaint [ECF 1-1] is hereby **DISMISSED with prejudice** because Plaintiff has failed to invoke this Court's jurisdiction.

    DATED this 30th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge